United States Bankruptcy Court
Western District of Washington

In re:  
Maziar Rezakhani  
    Debtor

Case No. 20-10936-MLB  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: admin              Page 1 of 1            Date Rcvd: Mar 24, 2020
                              Form ID: 309A            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
```
db             +Maziar Rezakhani,    17112 37th Ave W,    Lynnwood, WA 98037-7059
956812146      +Bankruptcy & Collections,    800 5th Ave,    Suite 2000,    Seattle, WA 98104-3188
956812151      +Capital One NA,    Payment Processing,    PO Box 17000,    Baltimore, MD 21297-1000
956812152      +Collection Bureau of Walla Wal,    224 E Poplar St,    Walla Walla, WA 99362-3031
956812154       IQ Data,    PO Box 340,    Bothell, WA 98041-0340
956812156      +Machol & Johannes,    2800 156th Ave SE,    Suite 105,    Bellevue, WA 98007-6555
956812148       US Attorney General,    US Dept of Justice,    950 Pennsylvania Ave. NW,
                 Washington, DC 20530-0001
956812147      +United States Attorney,    700 Stewart St,    Suite 5220,    Seattle, WA 98101-4438
956812160      +Westlake Customer Care,    P.O. Box 76809,    Los Angeles, CA 90076-0809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: Darrel@cbglaw.com Mar 25 2020 03:04:29      Darrel B Carter,    CBG Law Group PLLC,
                 11400 SE 8th St Ste 235,    Bellevue, WA 98004
tr             +EDI: QMPKLEIN.COM Mar 25 2020 06:08:00      Michael P Klein,    330 Madison Avenue S, Suite 110,
                 Bainbridge Island, WA 98110-2544
smg             EDI: WADEPREV.COM Mar 25 2020 06:08:00      State of Washington,    Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust            +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Mar 25 2020 03:06:02      United States Trustee,
                 700 Stewart St Ste 5103,    Seattle, WA 98101-4438
956812150       EDI: AMEREXPR.COM Mar 25 2020 06:08:00      American Express,    PO Box 981540,
                 El Paso, TX 79998-1540
956812153       EDI: DISCOVER.COM Mar 25 2020 06:08:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
956812155       EDI: JEFFERSONCAP.COM Mar 25 2020 06:08:00      Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-7999
956812157     +EDI: MID8.COM Mar 25 2020 06:08:00      Midland Funding LLC,    8875 Aero Dr, STE 200,
                 San Diego, CA 92123-2255
956812149       EDI: IRS.COM Mar 25 2020 06:08:00      US Treasury,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                                TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956812158        US Distriuct Court of WA
956812159*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  US Treasury - IRS,    PO Box 21125,    Philadelphia, PA 19114)
                                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
```
              Darrel B Carter    on behalf of Debtor Maziar  Rezakhani Darrel@cbglaw.com
              Michael P Klein    trusteeklein@hotmail.com, kleinlaw133@hotmail.com,mklein@ecf.axosfs.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | Maziar Rezakhani | | | Social Security number or ITIN: | xxx–xx–5342 |
| | First Name | Middle Name | Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | | | Social Security number or ITIN: | _ _ _ _ |
| (Spouse, if filing) | First Name | Middle Name | Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Washington | | | Date case filed for chapter: | 7  3/23/20 |
| Case number: | 20–10936–MLB | | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/2017

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Maziar Rezakhani | |
| 2. | **All other names used in the last 8 years** | fdba NeoAce | |
| 3. | **Address** | 17112 37th Ave W<br>Lynnwood, WA 98037 | |
| 4. | **Debtor's attorney**<br>Name and address | Darrel B Carter<br>CBG Law Group PLLC<br>11400 SE 8th St Ste 235<br>Bellevue, WA 98004 | Contact phone 425–283–0432<br><br>Email: Darrel@cbglaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael P Klein<br>330 Madison Avenue S, Suite 110<br>Bainbridge Island, WA 98110 | Contact phone 206–842–3638 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 700 Stewart St, Room 6301<br>Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 206–370–5200<br>Date: 3/24/20 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 7. | Meeting of creditors | **April 21, 2020 at 09:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Telephonic Meeting of Creditors, Everett** |
| 8. | Presumption of abuse | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/22/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 20-10936-MLB    Doc 10    Filed 03/26/20    Ent. 03/26/20 21:30:36    Pg. 3 of 3