```
                        United States Bankruptcy Court
                        Western District of Washington
```

In re:                                                                Case No. 20-10936-MLB
Maziar Rezakhani                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0981-2        User: admin            Page 1 of 1            Date Rcvd: Mar 24, 2020
                        Form ID: pdf341         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
```
db              +Maziar Rezakhani,    17112 37th Ave W,    Lynnwood, WA 98037-7059
956812150        American Express,    PO Box 981540,    El Paso, TX 79998-1540
956812146       +Bankruptcy & Collections,    800 5th Ave,    Suite 2000,    Seattle, WA 98104-3188
956812151       +Capital One NA,    Payment Processing,    PO Box 17000,    Baltimore, MD 21297-1000
956812152       +Collection Bureau of Walla Wal,    224 E Poplar St,    Walla Walla, WA 99362-3031
956812154        IQ Data,    PO Box 340,    Bothell, WA 98041-0340
956812156       +Machol & Johannes,    2800 156th Ave SE,    Suite 105,    Bellevue, WA 98007-6555
956812148        US Attorney General,    US Dept of Justice,    950 Pennsylvania Ave. NW,
                  Washington, DC 20530-0001
956812147       +United States Attorney,    700 Stewart St,    Suite 5220,    Seattle, WA 98101-4438
956812160       +Westlake Customer Care,    P.O. Box 76809,    Los Angeles, CA 90076-0809
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
956812153        E-mail/Text: mrdiscen@discover.com Mar 25 2020 03:05:24      Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
956812155        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 25 2020 03:06:59      Jefferson Capital Systems,
                  PO Box 7999,    Saint Cloud, MN 56302-7999
956812157       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 03:06:41      Midland Funding LLC,
                  8875 Aero Dr, STE 200,    San Diego, CA 92123-2255
956812149        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 25 2020 03:05:57      US Treasury,    PO Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956812158        US Distriuct Court of WA
956812159*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   US Treasury - IRS,    PO Box 21125,    Philadelphia, PA 19114)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
```
              Darrel B Carter    on behalf of Debtor Maziar  Rezakhani Darrel@cbglaw.com
              Michael P Klein    trusteeklein@hotmail.com,   kleinlaw133@hotmail.com,mklein@ecf.axosfs.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# NOTICE FROM THE U.S. TRUSTEE'S OFFICE WITH
# INSTRUCTIONS AND INFORMATION FOR PARTICIPATING IN
# TELEPHONIC SECTION 341 CREDITORS' MEETINGS
# IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| For **Chapter 7** Debtors Residing In | Normal 341 Location | Presiding Trustees | Call In Information |
|---|---|---|---|
| Whatcom County, Skagit County, San Juan County | Bellingham | Virginia A. Burdette, Dennis Lee Burman | Conference Line: 1-888-396-5019, Participant Code: 6032931 |
| Clallam County, Jefferson County, Kitsap County | Bremerton | Michael P. Klein, John S. Peterson | Conference Line: 1-866-660-6472, Participant Code: 8196120 |
| Snohomish County, Island County | Everett | Virginia A. Burdette, Dennis Lee Burman, Michael P. Klein | Conference Line: 1-866-763-1542, Participant Code: 4624291 |
| King County | Seattle | Ronald G. Brown, Nancy L. James, Edmund J. Wood | Conference Line: 1-866-707-2446, Participant Code: 7204500 |
| Pierce, Grays Harbor, Thurston, Lewis and Mason Counties | Tacoma | Brian Lowell Budsberg, Terrence J. Donahue, Kathryn A. Ellis, Mark D. Waldron | Conference Line: 1-866-829-9875, Participant Code: 4230506 |
| Clark, Cowlitz, Pacific, Skamania and Wahkiakum Counties | Vancouver | Charles D. Carlson, Russell D. Garrett, Donald A. Thacker | Conference Line: 1-866-882-3107, Participant Code: 4674917 |
| ALL **Chapter 12** cases | | Virginia A. Burdette | Conference Line: 1-866-628-6911, Participant Code: 9032639 |
| ALL **Chapter 13** cases | | Jason Wilson-Aguilar, Michael G. Malaier | Conference Line: 1-866-880-5064, Participant Code: 6951575 |
| ALL **Chapter 11** Cases | | U.S. Trustee's Office | Conference Line: 1-866-741-6993, Participant Code: 7578142 |

Identification Procedures:

Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if debtor is unrepresented. If such proof has not been provided, the examination of the debtor may go forward but the meeting will be ultimately continued until the trustee has received proof of identification.

Preparation for the Call:

- Use a stable telephone line to avoid interruptions and background noise.
- Each call will have multiple parties; after connecting to the call please place your phone on mute and wait until your case is called before speaking.
- When your case is called, please speak loudly into the phone as the meeting is being audio recorded by the trustee.
- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, Rule 4002 documents, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.